**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DECANDA MICHELLE FAULK,<br>Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | Civil No.: 5:25-cv-03030-JMG |
| | : | |
| LEHIGH VALLEY HEALTH NETWORK *et al*,<br>Defendants. | : | |
| | : | |

**ORDER**

**AND NOW,** this 25th day of February, 2026, upon consideration of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(f) (ECF No. 35), Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(f) (ECF No. 36), Defendants' Reply Brief in Support of their Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 40) and for the reasons provided in the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED** that the Motion (ECF No. 35) is **GRANTED, in part**, **with prejudice**, concerning Count V (Pennsylvania Whistleblower Claim).

**IT IS FURTHER ORDERED** that the Motion (ECF No. 35) is **GRANTED, in part**, **without prejudice**, concerning the failure to serve Lynn Turner, Count II against Dr. Brian Nester and Annette White (Claims Under the Pennsylvania Human Relations Act), Count II against Chantal Branco, Jodi Koch, and Stepanie Jones (Claims Under the Pennsylvania Human Relations Act), Count I (Race Discrimination Claim Against Corporate Defendants Under Title VII and PHRA), and Count VII (Age Discrimination Claim).

**IT IS FURTHER ORDERED** that the Motion (ECF No. 35) is **DENIED, in part**, concerning Count II against Amber Kraus (Claims Under the Pennsylvania Human Relations Act), Count II against Heather Cardona (Claims Under the Pennsylvania Human Relations Act), Count II against Jennifer Rodriguez (Claims Under the Pennsylvania Human Relations Act), Count III (Hostile Work Environment Claim), and Count IV (Retaliation Claim against Corporate Defendants).

**IT IS FURTHER ORDERED** that Plaintiff shall have until **March 11, 2026**, to file a Third Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge