**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DECANDA MICHELLE FAULK,                  :
          Plaintiff,                         :
                                  :
          v.                               :        Civil No.: 5:25-cv-03030-JMG
                                  :

LEHIGH VALLEY HEALTH NETWORK *et al*,   :
          Defendants.                        :

**ORDER**

**AND NOW,** this 1st day of July, 2026, upon consideration of Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(f) (ECF No. 49), Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(f) (ECF No. 54), and for the reasons provided in the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED** that the Motion (ECF No. 49) **is GRANTED, in part, with prejudice** as to Count II against Defendants Brian Nester, Annette White, and Jodi Koch (Claims Under the Pennsylvania Human Relations Act) and Count VII (Age Discrimination).

**IT IS FURTHER ORDERED** that the Motion (ECF No. 49) is **DENIED, in part,** as to Count I (Race Discrimination Under Title VII and the Pennsylvania Human Relations Act) and Count II against Defendants Chantal Branco and Stephanie Jones (Claims Under the Pennsylvania Human Relations Act).

**IT IS FURTHER ORDERED** that the Court's prior dismissal without prejudice of all claims against Defendant Lynn K. Turner pursuant to Federal Rule of Civil Procedure 4(m) remains undisturbed.

**IT IS FURTHER ORDERED** that the Court's prior rulings permitting Count II against Defendants Amber Kraus, Heather Cardona, and Jennifer Rodriguez, Count III (Hostile Work Environment), and Count IV (Retaliation Against the Corporate Defendants) to proceed remain unaffected by this ruling.

BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

2